IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DUSTIN INGRAM, et al,<br>    Plaintiff,<br><br>v<br><br>KATIE MOUSER, et al,<br><br>    Defendants. | Case No. 1:19-cv-0308-REB<br><br>**ORDER REQUIRING SUBMISSION OF LITIGATION PLAN AND DISCOVERY PLAN**<br><br>**NOTICE OF TELEPHONIC SCHEDULING CONFERENCE** |

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiff(s) must serve this Order on all parties who have not entered an appearance via PACER to date. Within thirty days of the filing of the Complaint, Plaintiff(s) must file with the Court a status report regarding service of the summons(es) and Complaint pursuant to Dist. Idaho L. Rule 4.1.[1] Alternatively, Plaintiff(s) may file proof of service in lieu of the status report otherwise required.

2. Pursuant to Dist. Idaho L. Rule 16.1, the parties must meet and decide upon:

    A. A litigation plan and a discovery plan, including issues related to discovery of electronically stored information, if either party contemplates such discovery. The Court's standard litigation plan and discovery plan forms are found on the website at http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm.

    B. If the case is suitable for the Court's alternative dispute resolution (ADR) program, the parties shall elect an ADR process and identify the most appropriate time for ADR to take place. Dist. Idaho L. Rule 16.4.

---

[1] The Court's local rules are at http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm.

3. Initial disclosures must be made by the parties pursuant to Federal Rule of Civil Procedure 26.1 and Dist. Idaho L. Rule 16.1.

4. If this matter is assigned to a magistrate judge, Counsel must review and be familiar with Dist. Idaho L. Rule 73.1 regarding the consent process for proceeding before a magistrate judge. Additional Information about the consent process may be found at http://www.id.uscourts.gov/district/judges/Magistrate_Judge_Consent.cfm.

5. Unless the Plaintiff contacts the Courtroom Deputy, Lynette Case, and requests a different date and time, the Court will conduct an initial scheduling conference by telephone on **JANUARY 15, 2020 at 4:00 PM.  (MTN. TIME)**, to discuss the entry of a scheduling order to govern the case going forward. ***Plaintiff 's counsel** shall initiate the conference call to **(208) 334-1495** and must have all appropriate parties on the line.

6. Stipulated Proposed litigation and discovery plans must be filed on or before **JANUARY 7, 2020**.

DATED: December 18, 2019

_____
Honorable Ronald E. Bush
Chief U.S. Magistrate Judge