| | |
|---|---|
| Ryan P. Henson, Esq., ISB 6617 | Steve C. Vosseller, CSB 211265 |
| Bevis Thiry & Schindele P.A. | Vosseller Law Firm (*pro hac vice*) |
| 412 E. Parkcenter Blvd. #211, PO Box 827 | 110 West A Street, Suite 1075 |
| Boise, ID 82701-0827 | San Diego, CA 92101 |
| Phone: (208) 345-1040, Fax: (208)345-0365 | Phone: (858) 429-4062 |
| rhenson@bevislaw.com | steve@vosslawyer.com |
| | |
| Donnie R. Cox, CSB 137950 (*pro hac vice*) | Paul W. Leehey, CSB 92009 (*pro hac vice*) |
| Law Office of Donnie R. Cox | Law Office of Paul W. Leehey |
| 2173 Salk Ave., Suite 250 | PO Box 350 |
| Carlsbad, CA 92008 | Fallbrook, CA 92088 |
| Phone: (760) 400-0263, Fax: (760) 400-0269 | Phone: (760) 723-0711 |
| drc@drcoxlaw.com | law@leehey.com |

Attorneys for Plaintiffs

| | |
|---|---|
| Erica White | W. Scott Zanzig |
| David Roscheck | Robert Berry |
| Deputy Prosecuting Attorneys - Ada County | Office of Attorney General |
| 200 W. Front Street, Room 3191 | 954 W. Jefferson – Second Floor |
| Boise, ID. 83702 | Boise, ID. 83720 |
| ewhite@adacounty.id.gov | scott.zanzig@ag.idaho.gov; |
| droscheck@adacounty.id.gov | robert.berry@ag.idaho.gov; |

Attorneys for Defendant: Jessica Johnson       Attorneys for Defendant: Katie Mouser

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| DUSTIN INGRAM, FELISHA INGRAM, and L.I., Z.I., and D.I., minors, by and through their Guardian ad Litem, Seth Downham,<br><br>Plaintiffs,<br>v.<br><br>KATIE MOUSER, JESSICA JOHNSON, and DOES 1 through 20 and 24 through 50 Inclusive,<br><br>Defendants. | **Case No. 1:19-cv-00308-DCN**<br><br>**STIPULATION BY PARTIES TO MODIFY SCHEDULING ORDER (ECF NO. 87) TO CONTINUE LAST DAY FOR EARLY SETTLEMENT CONFERENCE** |

1

COMES NOW the Parties, by and through their attorneys of record, that being Paul W. Leehey attorney for Plaintiffs DUSTIN INGRAM, FELISHA INGRAM, and L.I., Z.I., and D.I., minors, by and through their Guardian ad Litem, SETH DOWNHAM; Scott Zanzig, attorney for Defendant KATIE MOUSER; and Erica White, attorney for Defendant JESSICA JOHNSON; Stipulating and Requesting the Court as Follows:

WHEREAS the Court entered its Scheduling Order on (ECF Doc 87) setting a deadline for an Early Settlement Conference by January 31, 2022.

WHEREAS the parties have agreed to continue the Early Settlement Conference deadline for four (4) months, so the parties can conduct discovery and obtain further information which may assist the parties in settlement discussions.

WHEREAS Plaintiffs' counsel's office has contacted the District Courts' ADR Administrator's office and have been informed that dates for a settlement conference are currently not available through April 2022 (although April 20, 2022 may become available) but that it is likely dates in May 2022 will become available once the Judge handling settlement conferences determines the May 2022 calendar.

BASED UPON THE FOREGOING, the parties, through their counsel, request the court to modify the existing Scheduling Order in this matter to continue the existing deadline of January 31, 2022 for the completion Early Settlement Conference (per ECF Doc 87) for an additional four (4) months, up through and including, May 31, 2022, so that counsel can schedule an early settlement conference in this matter through the Court's ADR Administrator's office (a proposed order will be submitted with this stipulation for the Court's consideration.)

IT IS SO STIPULATED AND AGREED:

//
//
//

| | | |
|---|---|---|
| 1 | DATED:  January 20, 2022 | LAW OFFICE OF PAUL W. LEEHEY |
| 2 | | s/ *Paul W. Leehey* |
| 3 | | PAUL W. LEEHEY, Attorney for Plaintiffs Dustin Ingram, Felisha Ingram, and L.I., Z.I., and D.I., minors, by and through their Guardian ad Litem, Seth Downham |
| 5 | DATED: January 20, 2022 | OFFICE OF ATTORNEYS GENERAL |
| 6 | | s/ *W. Scott Zanzig* |
| 7 | | W. SCOTT ZANZIG, Attorney for Defendant Katie Mouser |
| 10 | DATED: January 20, 2022 | ADA COUNTY PROSECUTING ATTORNEY |
| 12 | | *s/ Erica White* |
| | | ERICA WHITE, Attorney for Defendant Jessica Johnson |

3

CERTIFICATE OF SERVICE

I certify that on January 20, 2022, I served true and accurate copies of the foregoing: **STIPULATION BY PARTIES TO MODIFY SCHEDULING ORDER (ECF NO. 87) TO CONTINUE LAST DAY FOR EARLY SETTLEMENT CONFERENCE** on the following persons by CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Erica White
Deputy Prosecuting Attorneys - Ada County
200 W. Front Street, Room 3191
Boise, ID. 83702
Attorney for Defendant: Jessica Johnson
Served by: E-file: ewhite@adacounty.id.gov; civilparafiles@adaweb.net; mherrick@adacounty.ig.gov; jpeterson@adacounty.id.gov

W. Scott Zanzig
Robert Berry
Office of Attorney General
954 W. Jefferson – Second Floor
Boise, ID. 83720
Attorney for Defendant: Katie Mouser
Served by: E-file: scott.zanzig@ag.idaho.gov; robert.berry@ag.idaho.gov; leslie.gottsch@ag.idaho.gov; elaine.maneck@ag.idaho.gov

Dated: January 20, 2022

*s/ Chrissy Gamar*　_____
Chrissy Gamar