UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DUSTIN INGRAM, FELISHA INGRAM, and L.I., Z.I., and D.I., minors, by and through their Guardian ad Litem, Seth Downham,<br><br>        Plaintiffs,<br>v.<br><br>KATIE MOUSER, JESSICA JOHNSON, and DOES 1 through 20 and 24 through 50 Inclusive,<br><br>        Defendants. | Case No. 1:19-cv-00308-DCN<br><br>**ORDER ON STIPULATION REGARDING NON-PARTY SUBPOENA FOR PRODUCTION WITH ST. LUKE'S HEALTH SYSTEMS AND REQUEST FOR QUALIFIED PROTECIVE ORDER** |

COMES NOW, the Court upon the stipulation of Subpoena Plaintiffs and Non-Party St. Luke's, and good cause having been shown, the Court THEREFORE DOES ORDER that:

1. St. Luke's shall release to Plaintiffs, pursuant to the Subpoena, the protected health information of minors L.I., Z.I., and D.I. in its possession during the period of August 11, 2017 though September 30, 2017 as to FACES and CARES units.

2. Any access to or use or disclosure of information provided by St. Luke's CARES shall be limited to the parties, their counsel and staff, their expert witnesses, court reporters and their staff, and the court and its personnel.

3. All parties, including Plaintiffs and Defendants, are prohibited from using or disclosing the protected health information records produced pursuant to this

ORDER - 1

order for any purpose other than the litigation or proceeding for which the information was requested.

4. No copies of the protected health information records produced pursuant to this order shall be prepared unless used specifically by the authorized persons stated above or specifically authorized by further order of the court.

5. All parties, including Plaintiffs and Defendants, shall return or destroy any protected health information records produced pursuant to this order, including any and all copies, upon completion of the proceedings.

6. The protected health information records produced pursuant to this order shall, upon receipt in evidence in any civil proceeding, be sealed by the clerk and restricted to actual use in said proceeding.

7. Testimony regarding these records is hereby authorized.

IT IS SO ORDERED.

DATED: October 4, 2022

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 2