UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DUSTIN INGRAM, FELISHA INGRAM, and L.I., Z.I., and D.I., minors, by and through their Guardian ad Litem, Seth Downham,<br><br>              Plaintiffs,<br>v.<br><br>KATIE MOUSER, et al,<br><br>              Defendants. | Case No. 1:19-cv-00308-DCN<br><br>**ORDER GRANTING STIPULATION BY PARTIES TO WITHDRAW DEFENDANT MOUSER'S MOTION TO SEAL** |

This Court has considered the Stipulation by Plaintiffs and Defendant Mouser regarding Defendant Mouser's withdrawal of her Motion to Seal, and based thereon:

IT IS HEREBY ORDERED that based upon Defendant Mouser's withdrawal of her Motion to Seal (Dkts. 163, 163-1) that Defendant Mouser shall publicly file her Opposition, and Separate Statement, in Opposition to Plaintiffs' Motion for Partial Summary Judgment on the ECF filing system.

DATED: April 12, 2023

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1