UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DUSTIN INGRAM; FELISHA INGRAM; and L.I., Z.I., and D.I., minors, by and through their Guardian ad Litem, Seth Downham,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KATIE MOUSER; JESSICA JOHNSON; and DOES 1 through 20 and 24 through 50 Inclusive,<br><br>　　　　Defendant. | Case No. 1:19-cv-00308-DCN<br><br>**JUDGMENT** |

In accordance with the Court's Memorandum Decision and Order entered concurrently herewith, IT IS HEREBY ORDERED:

1. Defendant Mouser's Motion for Summary Judgment (Dkt. 101) is GRANTED.

DATED: January 23, 2024

David C. Nye
Chief U.S. District Court Judge

JUDGMENT – 1